IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DANNY CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CV1258 RWS |
| | ) | |
| EARNEST SHIVERS, II, *ET AL.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR SCHEDULING CONFERENCE

Come now the parties and jointly move this Court for a scheduling conference and, in support, state:

1. The parties respectfully request a scheduling conference at which the parties will ask the Court to modify its case management order as follows:

    A. Discovery may continue through April 24, 2009;

    B. Further briefing on Defendants' motion to dismiss or for summary judgment (Doc. # 46), is stayed. Defendants may file an amended dispositive motion by April 24, 2009. Plaintiff's response is due by May 22, 2009. Defendants' reply is due June 5, 2009; and

    C. The case is ready for trial on July 13, 2009.

2. The parties have not been able to conclude discovery on the time table set forth in this Court's case management order for several reasons, including: Defendant Ernest Shivers was not served until after the case management order was entered; Defendant Shivers was, for a time, in default and the Clerk entered a default against him; there was a change in counsel for Defendants; and information revealed in Plaintiff's deposition required Defendants to conduct

additional discovery and make significant amendments to their disclosures, which in turn requires Plaintiff to conduct further discovery.

3.      Plaintiff is not able to appropriately respond to Defendants' dispositive motion while discovery is continuing, and Defendants will likely desire to amend their dispositive motion in light of additional discovery. As a result, the parties will not be prepared to try this case by the date established by the current case management order.

WHEREFORE the parties jointly request this Court set a scheduling conference so that they may ask the Court to modify the case management order and for such other relief as is appropriate under the circumstances.

Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION OF EASTERN MISSOURI

By:   /s/ Rodney H. Holmes
Rodney H. Holmes, EDMO Bar #81329
1010 Market Street, Suite 1540
St. Louis, Missouri 63101-2344
(314) 421-0077 Telephone
(314) 421-5377 Facsimile

/s/ Anthony E. Rothert
Anthony E. Rothert, EDMO Bar #518779
ACLU of Eastern Missouri
454 Whittier Avenue
St. Louis, Missouri 63108
(314) 652-3114 Telephone

ATTORNEYS FOR PLAINTIFF

- 3 -

CHRISTOPHER A. KOSTER
Attorney General


/s/ Christopher J. Quinn
CHRISTOPHER J. QUINN # 63236
Assistant Attorney General
P.O. Box 861
St. Louis, Missouri 63188
(314)340-7861
Fax: (314)340-7029
Christopher.Quinn@ago.mo.gov

ATTORNEY FOR DEFENDANTS