UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANNY E. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  4:07CV1258 RWS |
| | ) |
| EARNEST SHIVERS, II, et al., | ) |
| | ) |
| Defendants. | ) |

### AMENDED CASE MANAGEMENT ORDER

**IT IS HEREBY ORDERED that** the case management order is amended in the following respects:

The parties shall complete all discovery in this matter no later than **May 1, 2009**.

Any motions to dismiss, for summary judgment or motions for judgment on the pleadings must be filed no later than **June 1, 2009**.  Opposition briefs shall be filed no later than **July 1, 2009** and any reply brief may be filed no later than **July 10, 2009**.

This case is referred to alternative dispute resolution as of today, **March 13, 2009**, and that reference shall terminate on **May 29, 2009**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of March, 2009.