UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANNY E. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No.  4:07CV1258 RWS |
| | ) |
| EARNEST SHIVERS, II, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

**IT IS HEREBY ORDERED that** the trial of this matter is reset to be held on **Monday, November 9, 2009 at 9:00 a.m.** in Courtroom 10 South.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of March, 2009.